**Order entered April 25, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00294-CV

## D MAGAZINE PARTNERS, L.P. D/B/A D MAGAZINE AND DALLAS SYMPHONY ASSOCIATION, INC. A/K/A DALLAS SYMPHONY ORCHESTRA, Appellants

### V.

### JOSE REYES, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07308**

## ORDER

Before the Court is appellee's April 6, 2016 motion to strike appellant Dallas Symphony Association, Inc.'s notice of appeal and appellant's response to the motion. We **DENY** the motion without prejudice to appellee addressing in its brief on the merits whether appellant may appeal the portion of the trial court's order denying appellant's motion for summary judgment on appellee's claim for tortious interference with contract.

We **GRANT** the April 6, 2016 opposed motion of appellant Dallas Symphony Association, Inc. for an extension of time to file a brief. Appellant shall file a brief by **MAY 5, 2016**.

/s/      ELIZABETH LANG-MIERS
         JUSTICE